IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) No. 06-3100 ) |
| HOLIDAY INN at ALTON, | ) ) ) |
| Respondent. | ) |

## OPINION

RICHARD MILLS, U.S. District Judge:

On May 30, 2006, this action was filed as a Petition to Compel Respondent to Comply with Subpoena Duces Tecum. A Show Cause hearing was held on October 12, 2006. The parties appeared at the hearing and entered into an agreement regarding compliance with the Subpoena. On October 18, 2006, the Court entered an Order affirming the parties' agreement.

In a notice filed on January 19, 2007, the Petitioner states that the

1

Respondent has complied with the Subpoena Duces Tecum and the Court's Order.  Because no further relief is sought by the Petitioner, the case may be closed.

Ergo, the Court concludes that the Respondent has complied with the Petitioner's Subpoena Duces Tecum.  This case is closed.

ENTER: March 2, 2007

        FOR THE COURT:

                s/Richard Mills
                United States District Judge